**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re D. Patrick Smitherman

Appellate case number:   01-13-00603-CV

Trial court case number:  2010-10256

Trial court:                     129th District Court of Harris County

      Relator, D. Patrick Smitherman, has filed a motion for emergency relief, requesting a stay of the sanctions hearing scheduled for Friday, July 19, 2013, pending the disposition of the petition for writ of mandamus filed in this case. We **deny** relator's request for emergency relief.

      It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                ☑ Acting individually    ☐ Acting for the Court

Date: July 17, 2013